UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

EDUARD FERNANDEZ,

                Defendant.

16-cr-843 (JGK)

ORDER

JOHN G. KOELTL, United States District Judge:

    The Court has filed under seal an unredacted copy of ECF No. 92, including the exhibits.

    SO ORDERED.

Dated: July 20, 2023
       New York, New York

                                     John G. Koeltl
                            United States District Judge