```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

       - against -

EDUARD FERNANDEZ,

                Defendant.

16-cr-843 (JGK)

ORDER

JOHN G. KOELTL, United States District Judge:

    The Government has an interest in assuring that the defendant's condition does not deteriorate while in Government custody at the MDC. It is unclear why the MDC had a physician's assistant rather than a physician examine the defendant. The MDC should have a physician (who has at least reviewed Dr. Berger's report) examine the defendant.

    While the Court appreciates that the schedule to see an outside ophthalmologist is not disclosed for security reasons, the visit should be arranged promptly.

    SO ORDERED.

Dated: July 20, 2023
       New York, New York

                                       John G. Koeltl
                             United States District Judge