UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   - against -        16-cr-843 (JGK)

EDUARD FERNANDEZ,        ORDER

    Defendant.

JOHN G. KOELTL, District Judge:

  Sentencing in this matter is adjourned from February 6, 2024, at 11:30 a.m. to **February 13, 2024**, at **11:30 a.m.**

SO ORDERED.

Dated: New York, New York
    February 2, 2024

                John G. Koeltl
              United States District Judge